NOVEMBER 9, 1939

**No. 42671.—** —Protest 789497–G of Wm. J. Oberle, Inc. C. D. 228. Application by plaintiff for rehearing granted.

BEFORE THE SECOND DIVISION, NOVEMBER 15, 1939

**No. 42672.—**Petition 5909–R of Schneider Bros. & Co., Inc. (New York).

Opinion by TILSON, J. It appeared that the importer made an honest effort to enter the merchandise at the proper value and that there was no intention to defraud the revenue or to misrepresent or conceal any of the facts, or to deceive the appraiser as to the true value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISION, NOVEMBER 16, 1939

**No. 42673.—**Protests 846808–G, etc., of Bergdorf & Goodman Co. et al. (New York).

Opinion by BROWN, J. Following the authorites cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, NOVEMBER 16, 1939

**No. 42674.—**Protest 967557–G of W. J. Bush & Co. (New York).

Opinion by CLINE, J. It appeared that the bergamot oil was entered free of duty under paragraph 1731, Tariff Act of 1930. It was contained in tins which were packed in cases. The cases were legally marked but the tins, the immediate containers of the oil, bore no marking showing the country of origin. On the authority of Elizabeth Arden v. United States (1 Cust. Ct. 83, C. D. 25) the protest was overruled.